NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SECURITY PEOPLE, INC.,**
*Appellant*

**v.**

**OJMAR US, LLC,**
*Appellee*

---

2017-1385

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01130.

---

## JUDGMENT

---

TAREK N. FAHMI, Ascenda Law Group, PC, San Jose, CA, argued for appellant.

JAMES L. DAY, JR., Farella Braun & Martel LLP, San Francisco, CA, argued for appellee. Also represented by RODERICK MANLEY THOMPSON, DANIEL C. CALLAWAY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* LOURIE and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 November 13, 2017 
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court